IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ASHLEY ATTAWAY,

  Petitioner,

v.          Case No. 4:18cv271-MW/CJK

CRAIG E. COIL, Warden
FCI-Tallahassee,

  Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, ECF No. 1, is **DENIED**." The Clerk shall close the file.

**SO ORDERED on November 19, 2018.**

            s/ **MARK E. WALKER**
            **Chief United States District Judge**